**[J-46-2021]**
**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 790 CAP |
| | : | |
| Appellee | : | Appeal from the order entered on |
| | : | October 5, 2020 in the Court of |
| | : | Common Pleas, Bucks County, |
| v. | : | Criminal Division at CP-09-CR- |
| | : | 0001413-2014. |
| | : | |
| MARCEL EMANUEL JOHNSON, | : | SUBMITTED:  June 4, 2021 |
| | : | |
| Appellant | : | |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW,** this 17th day of November, 2021, the Order of the Court of Common Pleas of Bucks County is **AFFIRMED**.